**UNITED STATES of America,
Appellee,**

v.

**Manuel GONZALES, Appellant.**

**No. 24897.**

United States Court of Appeals,
Ninth Circuit.

April 16, 1970.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

William N. Fielden, La Jolla, Cal., for appellant.

Harry D. Steward, U. S. Atty., San Diego, Cal., for appellee.

Before CARTER, WRIGHT and KILKENNY, Circuit Judges.

PER CURIAM:

Gonzales was convicted by a jury for violation of 21 U.S.C. § 176a, conspiring to smuggle marihuana into the United States. Following sentence, he appeals.

Gonzales claims that § 176a violates his constitutional privilege against self-incrimination. No record was made below to support this claim.

Section 176a, in prohibiting smuggling marihuana into the United States, does not violate a defendant's privilege against self-incriminaton. Witt v. United States, (9 Cir. 1969) 413 F.2d 303; McClain v. United States, (9 Cir. 1969) 417 F.2d 489; United States v. Scott, (9 Cir. 1970) 425 F.2d 55; Plascencia-Plascencia v. United States, (9 Cir. 1970), 423 F.2d 802; United States v. Simon, (9 Cir. 1970), 424 F.2d 1049.

The same rule would apply to a charge of conspiracy to smuggle marihuana. There is no merit to the contention.

Gonzales next claims error where a juror submitted a question to the court and the court asked several questions of a witness. This was not error.

Judgment affirmed.